## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JARED POPE, DDS, individually and
derivatively on behalf of Mountain View
Family Dentistry and Orthodontics, LLC,
PROVERUS MANAGEMENT, LLC, and
JARED POPE, DDS, PLC,

      Plaintiffs,

v.                                                                                              CV 22-0138 MIS/JHR

DUANE MARSHALL, DMD, MOUNTAIN
VIEW FAMILY DENTISTS, LLC,
MOUNTAIN VISTA FAMILY DENTISTRY
AND ORTHODONTICS, LLC, and MOUNTAIN
VIEW FAMILY DENTISTRY AND
ORTHODONTICS, LLC

      Defendants.

## **FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS **HEREBY ORDERED** that all claims in this case are **DISMISSED.**

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

1